Commonwealth *v.* Hughes, Appellant.

Submitted December 12, 1966. *Jonas E. Hughes,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Jenkins, Appellant.

Submitted December 12, 1966. *James F. Jenkins,* appellant, in propria persona; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Jenkins, Appellant.

Submitted December 12, 1966. *Oscar Jenkins,* appellant, in propria persona; *Michael J. Rotko* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Jones, Appellant.

Submitted December 12, 1966. *Phinezeze Jones,* appellant, in propria persona; *Burton D. Fretz*